THE ALEXANDER CITY BANK v. THE EQUITABLE TRUST COMPANY OF NEW YORK and Another.— Motion to dismiss appeal granted, with ten dollars costs,

unless the appellant procure appellant's points to be filed on or before November 25, 1927. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.